864

No. 127, Misc.   Ex parte Lewis et al.   April 28, 1947. 330 U. S. 812.

No. 49.   Haupt v. United States.   April 28, 1947. 330 U. S. 631.

No. 291.   Kotch et al. v. Board of River Port Pilot Commissioners et al.   April 28, 1947.   330 U. S. 552.

No. 866.   Wagner v. United States.   April 28, 1947. 330 U. S. 846.

No. 993.   Bell et al. v. Porter et al.   April 28, 1947. 330 U. S. 813.

No. 994.   Rokey et al. v. Day & Zimmermann, Inc. April 28, 1947.   330 U. S. 842.

No. 995.   Bowers et al. v. Remington Rand, Inc. April 28, 1947.   330 U. S. 843.

No. 1016.   Peyton v. Railway Express Agency, Inc. April 28, 1947.   330 U. S. 846.

No. 1090.   Gavalis v. Illinois.   April 28, 1947.   330 U. S. 845.

No. 1110.   Grand Lodge Hall Association, I. O. O. F. of Indiana, et al. v. Moore, Auditor of Marion County, et al.   April 28, 1947.   330 U. S. 808.